**DISMISS; and Opinion Filed July 22, 2013.**



# In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00905-CV

### EAZYCUPS USA, LLC, Appellant
### V.
### VITRI DESIGNS CC AND STACK-CORPORATION BVBA F/K/A B+1 ENTERPRISES BVBA, Appellee

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-04118-2012**

## MEMORANDUM OPINION
Before Justices O'Neill, Francis, and Fillmore
Opinion Per Curiam

The Court has before it appellant's July 16, 2013 motion to dismiss appeal, which is unopposed. We **GRANT** the motion and **DISMISS** the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM

130905F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

EAZYCUPS USA, LLC, Appellant

No. 05-13-00905-CV    V.

VITRI DESIGNS CC AND STACK-
CORPORATION BVBA F/K/A B+1
ENTERPRISES BVBA, Appellee

On Appeal from the 296th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 296-04118-2012.
Opinion delivered per curiam. Justices
O'Neill, Francis and Fillmore sitting for the
Court.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee VITRI DESIGNS CC AND STACK-CORPORATION
BVBA F/K/A B+1 ENTERPRISES BVBA recover its costs of this appeal from appellant
EAZYCUPS USA, LLC.

Judgment entered this 22nd day of July, 2013.

/Michael J. O'Neill/

MICHAEL J. O'NEILL
JUSTICE